IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-2723-CYC

CHRISTOPHER CORDOVA,

    Plaintiff,

v.

KRISTOPHER CZAJKOWSKI, in his individual capacity;
VANESSA MENDOZA, in her individual capacity;
GUNNAR FISK, in his individual capacity; and
CITY OF COLORADO SPRINGS,

    Defendants.

---

### AFFIDAVIT OF KRISTOFER CZAJKOWSKI

---

| | |
|---|---|
| STATE OF COLORADO | ) |
|  | ) ss |
| COUNTY OF EL PASO | ) |

I, Kristofer Czajkowski, having been duly sworn upon oath, depose and hereby state as follows:

1. I have personal knowledge of the facts stated herein.

2. I am employed as a police officer for the Colorado Springs Police Department ("CSPD") and have been since November, 2018.

3. As part of my uniform, I wore a body-worn camera ("BWC") that recorded audio and video that is the subject of this suit. Submitted as Exhibit D to the Motion to Dismiss is a true and correct copy of my BWC recording.

4. A true and correct copy of my police report is Exhibit G.

5. A true and correct copy of the summons I wrote and issued to Shane Logan is Exhibit L.

**EXHIBIT A**

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 24th day of November, 2025.

_____
Kristofer Czajkowski

SUBSCRIBED AND SWORN to before me this 24th day of November, 2025, by Kristofer Czajkowski.

Witness my hand and official seal.

TERESA K JOHANSEN
Notary Public
State of Colorado
Notary ID # 19984026061
My Commission Expires 01-29-2027

_____
Notary Public

2

**EXHIBIT A**