IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-2723-CYC

CHRISTOPHER CORDOVA,

      Plaintiff,

v.

KRISTOPHER CZAJKOWSKI, in his individual capacity;
VANESSA MENDOZA, in her individual capacity;
GUNNAR FISK, in his individual capacity; and
CITY OF COLORADO SPRINGS,

      Defendants.

---

### AFFIDAVIT OF VANESSA MENDOZA

---

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss |
| COUNTY OF EL PASO | ) |

I, Vanessa Mendoza, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I am employed as a police officer for the Colorado Springs Police Department ("CSPD") and have been since June 2023.

    3.    As part of my uniform, I wore a body-worn camera ("BWC") that recorded audio and video that is the subject of this suit. Submitted as Exhibit E to the Motion to Dismiss is a true and correct copy of my BWC recording.

    4.    A true and accurate copy of my police report is attached as Exhibit H.

**EXHIBIT B**

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 25TH day of November, 2025.

_____
Vanessa Mendoza

SUBSCRIBED AND SWORN to before me this 25TH day of November, 2025, by Vanessa Mendoza.

Witness my hand and official seal.

TERESA K JOHANSEN
Notary Public
State of Colorado
Notary ID # 19984026061
My Commission Expires 01-29-2027

_____
Notary Public

2

**EXHIBIT B**