IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-2723-CYC

CHRISTOPHER CORDOVA,

    Plaintiff,

v.

KRISTOPHER CZAJKOWSKI, in his individual capacity;
VANESSA MENDOZA, in her individual capacity;
GUNNAR FISK, in his individual capacity; and
CITY OF COLORADO SPRINGS,

    Defendants.

---

## AFFIDAVIT OF JOSEPH HASHIMOTO IN SUPPORT OF MOTION TO DISMISS

---

STATE OF COLORADO    )
                                   ) ss
COUNTY OF EL PASO    )

I, Joseph Hashimoto, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I am employed as a police officer for the Colorado Springs Police Department ("CSPD") and have been since November, 2018.

    3.    As part of my uniform, I wore a body-worn camera ("BWC") that recorded audio and video that is the subject of this suit. Submitted as Exhibit F to the Motion to Dismiss is a true and correct copy of my BWC recording.

**EXHIBIT C**

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 25th day of November, 2025.

_____
Joseph Hashimoto

SUBSCRIBED AND SWORN to before me this 25th day of November, 2025, by Joseph Hashimoto.

Witness my hand and official seal.

TERESA K JOHANSEN
Notary Public
State of Colorado
Notary ID # 19984026061
My Commission Expires 01-29-2027

_____
Notary Public

**EXHIBIT C**