# EXHIBIT D

# Officer Czajkowski Body-Worn Camera Footage

# Conventionally Submitted