# EXHIBIT E

# Officer Mendoza Body-Worn Camera Footage

# Conventionally Submitted