# EXHIBIT F

# Officer Hashimoto Body-Worn Camera Footage

# Conventionally Submitted