# Case Supplement Report

**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

Case Report #**2023-00032634**

## EVENT

| OCCURRED INCIDENT | INCIDENT # | DATE/TIME REPORTED |
|---|---|---|
| CSPD Other - Misdemeanor | | 09/02/2023  04:40 |

| LOCATION OF OCCURRENCE | OCCURRED DATE/TIME |
|---|---|
| | OCCURRED THROUGH |

| [X] BWC | [ ] APS | [ ] APTHOT | [ ] DHS | [ ] FCOC | [ ] VAU |

## OFFENSES

| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| | | |
| | | |
| | | |

## VICTIM

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|

| ADDRESS | PRIMARY PHONE |
|---|---|
| | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| VICTIM / OFFENDER RELATIONSHIP | EMAIL ADDRESS |
|---|---|

## SUSPECT / OTHER

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|

| ADDRESS | PRIMARY PHONE |
|---|---|
| | SECONDARY PHONE |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

| DL/ID NUMBER | STATE | JACKET NUMBER |
|---|---|---|

## VEHICLE

| VEH # | PROPERTY CODE | [ ] Burned | [ ] Counterfeit / Forged | [ ] Destroyed / Damaged / Vandalized |
|---|---|---|---|---|
| | | [ ] Recovered | [ ] Seized | [ ] Stolen  [ ] Unknown |

| TYPE / MAKE / MODEL | YEAR | COLOR |
|---|---|---|

| PLATE | STATE | VIN | VALUE |
|---|---|---|---|

DESCRIPTION

## PROPERTY

| ITEM # | PROPERTY CODE | [ ] Burned | [ ] Counterfeit / Forged | [ ] Destroyed / Damaged / Vandalized |
|---|---|---|---|---|
| | | [ ] Recovered | [ ] Seized | [ ] Stolen  [ ] Unknown |

| SERIAL NUMBER | QTY/UNIT OF MEASURE | VALUE | COLOR |
|---|---|---|---|

ITEM TYPE and DESCRIPTION

| CASE DISPOSITION | EXCEPTIONAL CLEARANCE | ASSOCIATED CASES | REPORTING DISTRICT |
|---|---|---|---|
| | | | Gold Hill Patrol |

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR & IBM # |
|---|---|
| Mendoza, Vanessa 7614 | Wilson, Robert |

CSPD Case Supplement 2023-00032634 Page 1 OF 2

**EXHIBIT H**

**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

**Case Supplement Report**

Case Report # **2023-00032634**

## NARRATIVE

**INITIAL INFORMATION**

On 09/02/23 at approximately 0205 hours, I, Officer Mendoza/7614, was assisting the Downtown Area Response Team with a disturbance. Medical personnel were called on scene to provide medical care to an individual that was involved in the disturbance.

**OFFICER STATEMENT**

For reference, officers were located at 108 E Pikes Peak in the parking lot trying to direct medical responders to our location to render aid to the individual that was involved in an unrelated disturbance.

While assisting other officers, I observed an individual, later identified by a law enforcement database as Christopher Cordova DOB: 11/29/1982, standing within approximately 10 feet of the victim that needed medical attention. Officers informed Mr. Cordova that he needed to move to a more appropriate location to ensure he is not in the way of medical personel treating the victim.

As medical was approaching our location, Mr. Cordova was informed by officers to get out of the way. Officers gave Mr. Cordova an appropriate location where he could stand, but Mr. Cordova decided to stand at the rear of the ambulance. Officers also gave Mr. Cordova a reasonable amount of time to get out of the way but he did not comply with the lawful order.

Officers informed Mr. Cordova, along with other individuals, that they were under arrest for interference. Once Mr. Cordova was informed he was under arrest, I placed him into handcuffs with his hands behind his back.

Mr. Cordova was transported to the Police Operations Center (POC) for fingerprints and photographs by another officer. See all other officers reports for more information.

**STATUS OF PATROL INVESTIGATION**

Mr. Cordova was served and released at the POC.
Patrol investigation complete.

End of supplement

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **Mendoza, Vanessa 7614** | **Wilson, Robert** |