## Certification of Document

I, Sarah B. Johnson, City Clerk of the City of Colorado Springs, Colorado, do hereby certify that the attached is a true and complete copy of Section § 9.3.101 of the Code of the City of Colorado Springs, the original of which is held on record in the Office of the City Clerk of Colorado Springs, Colorado.

Dated in Colorado Springs, Colorado, November 17th, 2025.

*Sarah B. Johnson*
Sarah B. Johnson, City Clerk

**EXHIBIT I**

## City Code 9.3.101: RESISTING, INTERFERENCE WITH PUBLIC OFFICIAL:

A. Resisting, Assaulting an Officer Prohibited:

   1. It is unlawful for any person to knowingly, intentionally or recklessly resist any peace officer, any member of the Police Department, or any person duly empowered with police authority, while the official is in the discharge or apparent discharge of the person's duty.

   2. It is unlawful for any person to knowingly, intentionally or recklessly assault in any manner any peace officer, any member of the Police Department, or any person duly empowered with police authority, while the official is in the discharge or apparent discharge of the person's duty. For purposes of this section, an "assault" is an unlawful attempt coupled with a present ability to commit a bodily injury on the person of another.

B. Interference Prohibited: It is unlawful for any person to intentionally, knowingly or recklessly, by use or threatened use (with the present ability to carry out the threat) of violence, force or physical interference or obstacle, to obstruct, interfere with or impair any member of the Police Department, or any person duly empowered with police authority, while the official is in the discharge or apparent discharge of the person's duty.

C. Defense To Prosecution: In a prosecution under subsections A and B of this section, it is no defense that the peace officer was attempting to make an arrest which in fact was unlawful, if the officer was acting under color of official authority, and in attempting to make the arrest was not resorting to unreasonable or excessive force giving rise to the right of self-defense. A peace officer acts "under color of official authority" when, in the regular course of assigned duties, the officer is called upon to make, and does make, a judgment in good faith based upon surrounding facts and circumstances that an arrest should be made by the officer.

D. Definition Of Peace Officer: The term "peace officer", as used in this section, means a police officer in uniform, or if out of uniform, one who has been properly identified to the person whose arrest is attempted. When reasonable under the circumstances, the "peace officer" shall attempt to apprise any third person of the officer's identity. (Ord. 4517; 1968 Code §§8-19, 8-21; Ord. 84-45; Ord. 87-128; Ord. 01-42)

**EXHIBIT I**