## Certification of Document

I, Sarah B. Johnson, City Clerk of the City of Colorado Springs, Colorado, do hereby certify

that the attached is a true and complete copy of Section § 9.2.103 of the Code of the City of

Colorado Springs, the original of which is held on record in the Office of the City Clerk of Colorado

Springs, Colorado.

Dated in Colorado Springs, Colorado, November 17th, 2025.


_____
Sarah B. Johnson, City Clerk

**EXHIBIT J**

## City Code 9.2.103: FAILURE TO DESIST OR DISPERSE:

It is unlawful for any person to intentionally, knowingly or recklessly fail or refuse to obey an order which:

A.  Is made by a peace officer while in the discharge or apparent discharge of the officer's duties; and

B.  Directs that person, or a group of which that person is a member, to desist from conduct or disperse from an area; and

C.  Is given at a time when that person individually or with others is participating in a course of conduct or is present in an area where the conduct or presence creates, maintains or aggravates an immediate substantial danger of damage or injury to persons or property or substantially obstructs the performance of any governmental function. (1968 Code §8-10; Ord. 74-118; Ord. 80-299; Ord. 01-42)

**EXHIBIT J**