Case No. 23M19952

5. The Defendant and, if a juvenile, the Defendant's undersigned parent or guardian, understand and agree that his/her appearance is required on October 15, 2024, in Division 1, at 9:00 o'clock A.M. On such date, if the Defendant has complied with the conditions set forth in this Motion for Deferred Sentencing, the City shall appear before the Court and consent to the withdrawal of Defendant's plea of guilty and shall request the dismissal of the charges) contained in the Summons and Complaint. In the alternative, if the Defendant has failed to comply with any condition contained herein, the Deferred Sentence may be revoked and the Defendant sentenced pursuant to the plea(s) of guilty, to the charge (s) in the Summons and Complaint. DEFENDANT FURTHER UNDERSTANDS THAT HIS/HER FAILURE TO APPEAR ON THIS DATE MAY RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR HIS/HER ARREST UNLESS HE/ SHE RECEIVES A LETTER FROM THE CITY ATTORNEY'S OFFICE WHICH RELEASES THE DEFENDANT FROM APPEARANCE.

6. Defendant agrees and consents that, should it appear that there is a pending matter which would constitute a violation of this Deferred Sentence, the City may, with the consent of the Court, continue final action on this Deferred Sentence pending final resolution of such matter.

7. Defendant agrees this motion incorporates all provisions and agreements between the parties hereto and that no other representations by the City or by others have induced Defendant's guilty plea.

8. Defendant affirms that the below address is true and accurate. The Defendant understands and agrees that the Defendant shall notify the Court, in writing or by telephone, of any change of address within 24 hours of said change at: P.O. Box 2169, Mail Code 1530, Colorado Springs CO, 80901 or FAX: (719)385-6190, Phone: (719)385-5922.

_____
Signature of Defendant's Attorney/Parent/Guardian

E. Milo Schwab
Printed Name of Defendant's Attorney/Parent/ Guardian

_____
Signature of Defendant

4007 Foster Cir
Defendant's Street Address

CO. Springs 80909
City, State and Zip Code

## CONSENT

The City, by and through its counsel, has read the foregoing provisions and agreements and hereby consents to matters therein contained.

_____
Prosecuting Attorney

## ORDER

The Court having reviewed the foregoing Motion for Deferred Sentencing, hereby ORDERS a Deferred Sentence be granted, upon the terms and conditions set forth in the Motion, for a period of 5 month(s), until the date and time set forth in Paragraph 5 of this agreement when the Defendant shall appear before the Court for review.

Done this 28 day of May, 2024.

Municipal Court
City of Colorado Springs, CO
Certified to be a full, true and correct copy of the original in my custody.

Wendi Lichtenegger
Clerk of Court

By: _____
Deputy Clerk

BY THE COURT:

_____
JUDGE

[Municipal Court Seal - City of Colorado Springs]

**EXHIBIT K**

Certified to be a full, true and correct copy of the original in my custody.

Wendi Lichtenegger
Clerk of Court
By: _____
Deputy Clerk

MUNICIPAL COURT, CITY OF COLORADO SPRINGS, STATE OF COLORADO
Summons & Complaint No. _____     Case No. __23M19952__

Motion for Deferred Sentencing    ☐ Jail is waived / ☒ Jail is not waived if the deferred sentence is revoked
_____
THE PEOPLE OF THE STATE OF COLORADO ex rel. the CITY OF COLORADO SPRINGS,    Plaintiff,

vs. __Logan, Shane_____ Defendant

The Defendant moves the Court for an Order granting deferred sentencing, and in support thereof states the following:

1. The Defendant understands the charges contained in the Summons and Complaint and understands that the maximum possible sentence as to each count is, **unless jail is waived above**: 189 days in jail, a fine not to exceed $2,500.00 and / or probation.

2. The Defendant has been fully advised of, understands, and waives the following rights: The right to remain silent; the right to trial by jury; The right to confront his/her accusers; The right to insist that the prosecution's proof at trial establish his/her guilt beyond a reasonable doubt; The right to present witnesses in his/her behalf through the use of the subpoena power of this Court; The right to testify at trial; The right to a speedy and public trial; The right to appeal to a higher court; The right to be represented by a lawyer, and if unable to afford a lawyer, the right to ask the Court to appoint a lawyer at no expense to you.

3. ☒ Defendant voluntarily and knowingly enters a plea of guilty to the charge(s) in the Summons and Complaint.
   ☐ Defendant voluntarily and knowingly enters a plea of guilty to § _____.
   ☐ All other charges are dismissed.    ☐ The disposition of other charges are addressed in an attached document.
The plea to said charge(s) is pursuant to the agreements and conditions contained in this Motion for Deferred Sentence and with the understanding that this plea of guilty will be withdrawn and the case dismissed on their successful completion.

4. The Defendant subjects himself/herself to the following conditions for a _____5_____ month period:

   ☐    Violate no similar laws: _____.
   ☐    Violate no traffic laws in which points are assessed or involving driving under suspension, revocation or denial.
   ☒    No criminal violations, no traffic violations 8 points or more, no driving under suspension, revocation or denial.
   ☐    Fulfill _____ hours of public service as scheduled by the Probation Department.
   ☐    Payment of restitution as determined by Probation, either today or in compliance with a payment schedule set up by Probation Department.
   ☐    Attend and successfully complete a Traffic ____ / Petty Theft / Teen Court / ACIP / _____ program as scheduled by the Probation Department (or Teen Court, if applicable); and provide proof of compliance within ten (10) days of completion. The Probation Department is in Room 230.
   ☒    Pay $ __150__ Court costs today or in compliance with a payment schedule set up by the Probation Department. Any other costs are open to the court.

   ☐    _____

The Defendant acknowledges that should Defendant be found to be ineligible or rejected from any program required in this sentencing agreement, the Defendant will report to the Probation Department within 7 days of notification.

**EXHIBIT K**