**UNIFORM SUMMONS AND COMPLAINT / PENALTY ASSESSMENT**
**Colorado Springs Police Department**
( ) Traffic  (X) Non-Traffic  ( ) JUVENILE (Parent must appear)

Report Number: **2023-00032632**

**E1313104**

**THE PEOPLE OF THE STATE OF COLORADO, CITY OF COLORADO SPRINGS vs:**

Interpreter Needed: **No**

| First Name | Middle Name | Last Name | DOB | Age |
|---|---|---|---|---|
| SHANE | EGAN | LOGAN | 10/08/1998 | 24 |

| Address | City | State/Zip |
|---|---|---|
| TRANEINT | COLORADO SPRINGS | CO/80905 |

Employer / School: 
Place of Birth:

| Address | City | State/Zip |
|---|---|---|
|  |  | CO/ |

| Drivers License # | Presented? | State | Race | Sex | Hgt | Wgt | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 142940905 | Yes | CO | W | M | 603 | 190 | BLN | HAZ |

| Vehicle License # | State | Lic Year | Veh Year | Make | Model | Style | Veh Color |
|---|---|---|---|---|---|---|---|
|  | CO |  |  |  |  |  |  |

| V.I.N. | Home Phone | Other Phone |
|---|---|---|
|  | 7194539457 |  |

**YOU ARE HEREBY DIRECTED TO APPEAR AS INDICATED**
Colorado Springs Municipal Court
224 E. Kiowa St., Colorado Springs, CO

**09/26/2023 AT 01:30 PM**

*Failure to pay fine/penalty or appear in court may result in a bench warrant for your arrest and/or your driver's license being revoked. If this date falls on a day when the court is closed, including weekends and holidays, you are to appear on the next business day.*

**SEE BELOW FOR INSTRUCTIONS**
TO ANSWER CHARGES OF VIOLATIONS OF: The code of the City of Colorado Springs 2001 as amended.

**REASON FOR STOP:** 9.3.101 - RESISTING/INTERFERENCE WITH A

| Charge No. 1 | Section | Sub Code | Com. Code | Fine/penalty | Surcharge | Points |
|---|---|---|---|---|---|---|
|  | 9.3.101 |  |  | Mandatory Court |  | 0 |

Title: **RESISTING/INTERFERENCE WITH A PUBLIC OFFICIAL (ADULT)**

Description: **THE DEFENDANT WAS GIVEN SEVERAL LOUD AND CLEAR VERBAL COMMANDS TO MOVE TO A SPECIFIED AREA OUT OF THE WAY OF AN INVESTIGATION AND HE DID NOT COMPLY CAUSING AN INTERFERENCE**

Victims Brochure ()

| TOTAL TO BE PAID BY MAIL / COURT | TOTAL POINTS |
|---|---|
| Mandatory Court | 0 |

| APPROXIMATE LOCATION OF VIOLATION: Located in Colorado Springs, El Paso County, Colorado | Violation Date | Approx. Time of Violation |
|---|---|---|
| 108 E PIKES PEAK AVE @ | 09/02/2023 | 02:00 |

| CUSTODY / SERVICE / LOCATION | Service Date | Approx. Time |
|---|---|---|
| 705 S NEVADA AVE @ | 09/02/2023 | 03:15 |

**NON PAYABLE SUMMONS**         **CRIMINAL**

WITHOUT ADMITTING GUILT, I HEREBY PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED AND I ACKNOWLEDGE RECEIPT OF THIS SUMMONS AND COMPLAINT. WITH MY SIGNATURE BELOW, I ALSO ACKNOWLEDGE I READ THE SPECIAL RIGHTS AND REQUIREMENTS FOR MINORS (IF I AM SIGNING AS A MINOR OR THE PARENT/GUARDIAN OF A MINOR).

**DEFENDANT:** X _____

The Undersigned have probable cause to believe that the defendant committed the offense(s) against the peace and dignity of the people of the State of Colorado, City of Colorado Springs and certify that this Summons and Complaint was signed and served upon the defendant at the location and on the date referenced above.

Officer 1 _____
Officer 1 Signature

**Czajkowski, K. 6588, HOT/Dart Team**
Officer 1

Officer 2 _____
Officer 2 Signature

, _____
Officer 2

Served by _____

**Czajkowski, K. 6588**
Srv Officer

**EXHIBIT L**

Violator Name: **LOGAN, SHANE EGAN**     DOB: **10/08/1998**     **E1313104**

**Officer Notes:**

**PC:**
ON 9/2/23 AT APPROX. 0200 HRS. I OFC. CZAJKOWSKI 6588 WAS LOCATE IN THE AREA OF 108 E PIKES PEAK AVE INVESTIGATING A PHYSICAL DISTURBANCE. THIS DISTURBANCE IS DOCUMENTED UNDER CSPD CALL NUMBER 23356601 AND CASE C2332632. IT SHOULD BE NOTED THE CALL NUMBER AND CASE NUMBER THAT SHOULD BE LISTED ON THIS SUMMONS ARE CFS 23356634 AND CASE C2332634. WHILE INVESTIGATING THE ORIGINAL INCIDENT MEDICAL PERSONNEL ARRIVED TO EVAL INJURED VICTIMS. THREE INDIVIDUALS IDENTIFIED AS, CHRISTOPHER CORDOVA DOB: 11/29/1982, SASHA CRONICK DOB: 09/02/1984, AND SHANE LOGAN DOB: 10/08/1998 WERE STANDING NEXT TO THE TRAFFIC LANE WHERE THE AMBULANCE WAS PARKING AND THEY WERE RECORDING. THESE INDIVIDUALS WERE IN THE WAY OF MEDICAL AND POLICE PERSONAL AND WERE INTERFERING WITH MED TREATMENT AND INVESTIGATION. I ADVISED THEM TO MOVE SEVERAL TIMES TO A SPECIFIED PLACE WHICH WOULD BE OUT OF THE WAY. I ADVISED THEM SEVERAL MORE TIMES WITH A SPECIFIED TIME PERIOD TO MOVE AND ADVISED IF THEY DIDN'T THEY WOULD BE ARRESTED FOR INTERFERENCE. THESE INDIVIDUALS DIDN'T FOLLOW CLEAR ORDERS AND WERE ARRESTED BASED ON THEIR INTERFERENCE. THE DEFENDANT IN THIS SUMMONS IS, SHANE LOGAN DOB: 10/8/98. SEE REPORTS.

| Field | Value | Field | Value |
|---|---|---|---|
| Speed Determined By: | | Visual Speed: | |
| Radar (Moving/Stationary): | | Radar Distance: | |
| Radar/Laser #: | | Number of Occupants: | |
| Fork 1: | | Fork 2: | |
| Trailer Tag: | | Trailer State: | |
| Trailer Expires: | | Weather: | |
| Traffic: | | Attitude: | |
| Condition: | | Reg Exp: | |
| Road: | | Insp Exp: | |
| Unit Number: | 2G21 | Release Version: | 2.23 |
| CFS #: | 23356634 | | |

**EXHIBIT L**