| | |
|---|---|
| Municipal Court<br>City of Colorado Springs, El Paso County, State of Colorado<br>Address:   224 East Kiowa Street, Suite 230<br>          P.O. Box 2169<br>          Colorado Springs, CO 80901-2169<br>Phone #   (719) 385-5928 Fax No. (719) 385-6190 | COURT USE ONLY |
| City of Colorado Springs<br>vs.<br>SASHA LEYLA CRONICK | Case No. 23M19953<br>Summons # E1314579 |

Mittimus - Order of Confinement

ON THIS DATE, the defendant appeared before the Court on the Charge(s) of

9.3.101 - Resisting, Interference with Public Official

You are hereby ordered to take the Defendant into custody to be confined pursuant to the following order:

Defendant has been found guilty and is sentenced to 21 days.

Concurrent with Case(s)

Defendant is to report to CJC(2739 E. Las Vegas; 719-390-2140) by Jul 15, 2024 at 5:01:00 PM.

Special Instructions: Defendant is to report on or before July 15, 2024 by 5:00PM.

DONE THIS DATE: 07/09/24

JOEL PRATT
Municipal Court Judge

X _____
Defendant Signature

Gabriella Meesey
By: Clerk

_____7/9/2024_____
Date

Municipal Court
City of Colorado Springs, CO
Certified to be a full, true and correct copy of the original in my custody.

Wendi Lichtenegger
Clerk of Court

By: _____
Deputy Clerk

**EXHIBIT M**