IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 25-cv-02723-CYC | Date: December 10, 2025 |
| Courtroom Deputy: Stephanie Price | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTOPHER CORDOVA, | Casey Peel |
| | Edward Milo Schwab |
| Plaintiff. | |
| v. | |
| KRISTOPHER CZAJKOWSKI, | William Erik Lamphere |
| VANESSA MENDOZA, | |
| GUNNAR FISK, | |
| CITY OF COLORADO SPRINGS, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**
**MOTION HEARING**

**11:00  a.m.    Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court for a Motions Hearing on the defendant's Motion Opposed Motion for Protective Order and to Vacate the Deadline to File a Scheduling Order [ECF No. 14].

Preliminary remarks by the Court.

Argument by Counsel on the motion.

For the reasons set forth on the record, it is

**ORDERED:**          The defendant's Opposed Motion for Protective Order and to Vacate the Deadline to File a Scheduling Order is **DENIED.**

**ORDERED:**        A Scheduling Conference is set for **January 15, 2026 at 10:00 AM,** in Courtroom C-205, on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado.

If this date is not convenient for any Party, the Parties shall confer regarding potential alternate dates. If the Parties agree upon a date or dates, they must jointly email my chambers to obtain an alternate date. If the Parties cannot agree, any Party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made at least seven days prior to the date of the conference.

The Parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, on or before **January 8, 2026**. The proposed Scheduling Order is also to be submitted in Word format by email to Magistrate.

The parties request that the court enter the Scheduling Order and vacate the Scheduling Conference if there are no disputes when the Proposed Scheduling Order is submitted.

**11:30  p.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** Ab Litigation Services at (303) 629-8534.