IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  25-cv-2723-CYC

CHRISTOPHER CORDOVA,

    Plaintiff,

v.

KRISTOPHER CZAJKOWSKI, in his individual capacity;
VANESSA MENDOZA, in her individual capacity;
GUNNAR FISK, in his individual capacity; and
CITY OF COLORADO SPRINGS,

    Defendants.

## **UNOPPOSED** MOTION TO EXTEND DEADLINE TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS

Defendants, Officers Kristopher Czajkowski, Vanessa Mendoza, Gunnar Fisk and the City of Colorado Springs, by and through the Office of the City Attorney, hereby move for an extension of time to file a Reply to the Response to the Motion to Dismiss.

1.    Pursuant to D.C.COLO.L.CIVR 7.1(a), the undersigned has conferred with counsel for Plaintiff. He is authorized to state that counsel is <u>unopposed</u> to the relief sought herein.

2.    The Response to the Motion to Dismiss was filed on December 22, 2025. ECF No. 21. A reply is due on January 5, 2026. D.C.COLO.L.CIVR 7.1(d).

3.    Due to the holidays and prearranged time out of the office from December 24-26 and December 30-January 1, the undersigned has limited ability to prepare a reply.

4.	Defendants request a one-week extension to and including January 12, 2026 to file a Reply.

5.	This is Defendants' first request for an extension of time to file a Reply.

6.	Pursuant to D.C.COLO.LCIVR 6.1(c), counsel has contemporaneously served a copy of this motion on his clients.

WHEREFORE, for the foregoing reasons, Defendants respectfully request until and including January 12, 2026 to file a Reply to the Response to the Motion to Dismiss.

Respectfully submitted this 30th day of December, 2025.

                                        OFFICE OF THE CITY ATTORNEY FOR
THE CITY OF COLORADO SPRINGS
Marc Smith, Acting City Attorney

/s/ W. Erik Lamphere
W. Erik Lamphere, Division Chief
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Phone: (719) 385-5909
Fax: (719) 385-5535
Email:  erik.lamphere@coloradosprings.gov
*Attorneys for Officers Kristopher Czajkowski, Vanessa Mendoza, Gunnar Fisk and the City of Colorado Springs*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 30th day of December, 2025, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via email:

E. Milo Schwab (milo@ascendcounsel.co)
Casey Peel (casey@ascendcounsel.co)
*Attorneys for Plaintiff*

                                               */s/ Amy McKimmey*
                                               Amy McKimmey, Senior Paralegal