IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 25-cv-02723-CYC | Date: January 15, 2026 |
| Courtroom Deputy: Stephanie Price | FTR: Courtroom C205 |

<u>*Parties:*</u>   <u>*Counsel:*</u>

CHRISTOPHER CORDOVA,   Edward Milo Schwab

    Plaintiff,

v.

KRISTOPHER CZAJKOWSKI,   William Erik Lamphere (Phone)
VANESSA MENDOZA,
GUNNAR FISK,
CITY OF COLORADO SPRINGS,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**10:01 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding the Proposed Scheduling Order [ECF No. 24].

Comments by the Court regarding its proposed modifications and edits to the Proposed Scheduling Order.

The Court removes the names of the attorneys who did not appear at today's hearing from Section 1, Date of Conference and Appearances of Counsel and Pro Se Parties.

**ORDERED:**   The parties shall be limited to eight fact depositions per side, exclusive of expert depositions. The parties shall propound up to 40 interrogatories per side (§8(a)).

    A limit of seven hours per deposition shall apply. To the extent practicable, plaintiff shall inform the defendants if a deposition can take place in less time than that prior to the deposition (§8(b)).

    Each side may propound 35 requests for production and twenty requests for admission to the parties on the other side (§8(c)).

Deadline for Joinder of Parties and Amendment of Pleadings is March 16, 2026 (§9(a)).

Any motion to exclude an expert under Federal Rule of Evidence 702 or for discovery violations shall be filed on or before September 14, 2026 (§9(d)(5)).

**ORDERED:** If no dispositive motions are filed, the parties shall, no later than seven days after the dispositive motions deadline has passed, jointly contact Judge Chung's chambers for purposes of setting the Final Pretrial Conference. In cases in which one of the parties is an incarcerated pro se litigant, the non-incarcerated party shall file a motion asking the Court to set the Final Pretrial Conference. If dispositive motions are filed, the Court will sua sponte set the Final Pretrial Conference when resolving the dispositive motion(s), should the dispositive motion(s) not fully dispose of the case.

The parties are directed to review the discovery dispute procedures according to Magistrate Judge Chung's Practice Standards.

The Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Discussion regarding potential settlement in the case.

The Scheduling Order is approved and entered with the modifications and edits by the Court, as stated on the record.

**10:29 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    0:28

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.